AUSA: Kanya Elzein  Telephone: (313) 226-0213
Task Force Officer: Ali Bilal, ATF  Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Timothy Haslam

Case: 2:26−mj−30008
Assigned To : Unassigned
Assign. Date : 1/7/2026
Description: CMP USA v SEALED
MATTER (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Ali Bilal, Task Force Officer, ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __January 7, 2026__

_Judge's signature_

City and state: __Detroit, MI__  Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# CRIMINAL COMPLAINT

I, Task Force Officer Ali Bilal, being duly sworn, hereby depose and state as follows:

## I.    INTRODUCTION AND AGENT BACKGROUND

1.     I am a detective with the City of Detroit and have been a member of the Detroit Police Department (DPD) since September 2016 and a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") since April 2022). As a Detroit Police Officer and a Task Force Officer, I have investigated numerous firearms cases, including but not limited to those involving felons in possession of firearms.

2.     I make this affidavit from personal knowledge based on my participation in this investigation. The information comes from witnesses interviewed by law enforcement, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

3.     This affidavit is for the limited purpose of establishing probable cause that Timothy HASLAM has violated 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) and does not contain all details or facts known to law enforcement related to this investigation.

## II.   PROBABLE CAUSE

4. I reviewed a computerized criminal history for HASLAM, which revealed the following felony convictions:

   a. In 2007, in Wayne County's Third Circuit Court of Michigan, HASLAM was found guilty of Attempt Felony Receiving and Concealing Stolen Property.

   b. In 2007, HASLAM pled guilty in Wayne County's Third Circuit Court of Michigan to Felony Police Officer –Assaulting/Resisting/Obstructing.

   c. In 2017, in Wayne County's Third Circuit Court of Michigan, HASLAM pled guilty to Felony Police Officer – Fleeing – Third Degree and Felony Police Officer – Assaulting/Resisting/Obstructing.

5. On September 2, 2025, at around 11:45p.m., DPD Officers were dispatched to a home in Detroit, Michigan for a home invasion in progress. Upon their arrival, they spoke to an adult victim, a real person whose identity I know ("AV-1"). AV-1 provided the following information. Shortly before officers arrived, she heard a knock at the door of her home, and when she slightly opened the door, she observed HASLAM and an adult male whose identity I know ("AM-1"). AV-1 attempted to close the door, but HASLAM and AM-1 forced entry into the home. A short time after this, two other males entered the home. AV-1, HASLAM, and AM-1 argued. During the argument, HASLAM retrieved a black, compact handgun from his

waistband, pointed it at AV-1's face, and said, "Bitch, Shut Up. I'll kill you." HASLAM then placed the handgun back into his waistband. AV-1 continued to demand that HASLAM and the other men leave her house. HASLAM walked out of the house and stood outside. AM-1 stayed and punched AV-1 in the face. AV-1's daughter attempted to intervene, and AM-1 punched the daughter in the face. HASLAM saw AM-1 hit AV-1 and did not intervene. HASLAM left the home in a black Ford F-150. During the altercation, witnesses saw HASLAM's girlfriend's young son standing right outside of the home.

6.  As DPD officers were on scene conducting their investigation, a black Ford F-150 returned to the location. DPD officers stopped the vehicle. HASLAM was the driver, and HASLAM's girlfriend and her young son were also in the truck. HASLAM's girlfriend advised the officers that her firearm was in a fanny pack. Officers recovered a loaded Sig Sauer P365, bearing serial number 66G644138, from the fanny pack. The firearm was a black, compact handgun, consistent with AV-1's description of the firearm that HASLAM pointed at her.

7.  Based on the number of HASLAM's felony convictions between 2007 and 2017, there is probable cause to believe that on September 2, 2025, HASLAM knew that he had been previously convicted of a crime punishable by more than one year in prison.

8.  On January 6, 2026, I contacted ATF Interstate Nexus Special Agent Kara Klupacs with a description of the Sig Sauer P365 recovered on September 2, 2025. Agent Klupacs advised me the firearm was manufactured outside of the State of Michigan and therefore has traveled in and affected interstate commerce.

9.  Based upon the aforementioned facts stated herein, there is probable cause to believe that on September 2, 2025, in the Eastern District of Michigan, Timothy HASLAM, a convicted felon aware of his felony convictions, knowingly and intentionally possessed a Sig Sauer 9mm, said firearm having affected interstate commerce, in violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

Respectfully submitted,

_____
Ali Bilal
Task Force Officer, ATF

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Dated:   January 7, 2026